**AMERICAN NATIONAL INSURANCE COM-
PANY, Appellant, v. Maria E. DE
TREVINO, Appellee.**
**No. 9705.**

Court of Civil Appeals of Texas.
San Antonio.
Feb. 19, 1936.

Rehearing Denied March 11, 1936.

Claud J. Carter, of San Antonio, for appellant.

J. R. Cade, of San Antonio, for appellee.

BOBBITT, Justice.

Affirmed without written opinion. See Associated Indemnity Corporation et al. v. Gatling (Tex.Civ.App.) 75 S.W.(2d) 294.

**Dyke CULLUM, Appellant, v. Ed FRIED-
RICH, Appellee.**
**No. 9713.**

Court of Civil Appeals of Texas.
San Antonio.
Jan. 15, 1936.

Rehearing Denied Feb. 26, 1936.

Ira Butler, of Fort Worth, and Hicks, Dickson & Lange, of San Antonio, for appellant.

J. Ed. Wilkens, of San Antonio, for appellee.

PER CURIAM.
Affirmed.

BOBBITT, J., did not participate in the decision of this case.